State v. Griffith

STATE OF NORTH CAROLINA v. EDWARD GRIFFITH

No. 7212SC202

(Filed 29 March 1972)

**Criminal Law § 155.5— failure to docket record on appeal in apt time**
    Appeal is subject to dismissal for failure to docket the record on appeal within the time allowed by Court of Appeals Rule 5.

APPEAL by defendant from *Hall, Judge,* 6 September 1971 Session of Superior Court held in CUMBERLAND County.

Defendant was charged in a bill of indictment, proper in form, with possession of a quantity of the narcotic drug, heroin.

The State's evidence tended to show that a search of defendant's apartment by law enforcement officers had revealed numerous tinfoil packets containing heroin stored in a glass jar in the bathroom and in a flashlight case in the bedroom.

Upon a jury verdict of guilty, defendant was sentenced to a term of not less than three nor more than five years.

*Attorney General Morgan, by Associate Attorney Jones, for the State.*

*Assistant Public Defender Taylor for the defendant.*

BROCK, Judge.

This appeal was docketed thirty-three days later than the time provided by Rule 5. For that reason it is subject to dismissal. Nevertheless, we have considered the appeal upon its merits. The Assistant Public Defender states that he is unable to find error. We appreciate his candor and, having examined the record, agree with his appraisal.

No error.

Judges HEDRICK and VAUGHN concur.